AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>RANDON ALEXANDER SPRINKLE<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  3:25mj109<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 22, 2025__ in the county of __City of Richmond__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Ellen H. Theisen

_____
*Complainant's signature*

Christopher Riopedre, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/11/2025

/s/ MRC
*Judge's signature*

City and state: Richmond, Virginia

Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*