**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:25-MJ-109 |
| RANDON ALEXANDER SPRINKLE, | |
| *Defendant.* | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Riopedre, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been since June 2021.  I am currently assigned to the FBI Richmond Field Office, FBI Child Exploitation Task Force and am responsible for conducting investigations pertaining to child exploitation.  As part of my duties, I have received training regarding the investigation of federal crimes including, but not limited to computer intrusion, ransomware, crimes against children, human trafficking, civil rights, and public corruption.  By virtue of my employment with the FBI, I have performed various investigative tasks, including conducting arrests and executing Federal search warrants.  As a Special Agent, I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7).

2.      I make this affidavit in support of a criminal complaint charging the following individual, RANDON ALEXANDER SPRINKLE (hereinafter, "SPRINKLE") with the Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

1

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is being submitted for the limited purpose to show merely that there is sufficient probable cause for the requested arrest warrant and does not include all my knowledge about this investigation.  I have identified facts that I believe are sufficient to charge SPRINKLE with the criminal conduct set forth herein.

## RELEVANT STATUTORY PROVISIONS

4.      **Distribution of Child Pornography:** 18 U.S.C. § 2252A(a)(2) provides that it is a crime to knowingly receive or distribute any child pornography that has been mailed, or, using any means or facility of interstate or foreign commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

5.      **Child pornography or Child abusive material** means any visual depiction, in any format, of sexually explicit conduct where: (A) the production involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital or computer-generated image that is substantially indistinguishable from that of a minor engaged in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexual explicit conduct.  *See* 18 U.S.C. § 2256(8).

6.      **Visual depictions** include undeveloped film and videotape, and data stored on computer disk or by electronic means, which are capable of conversion into a visual image, and data which are capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.  *See* 18 U.S.C. § 2256(5).

7.      **Minor** means any person under the age of eighteen years.  *See* 18 U.S.C. § 2256(1).

2

8.     **Sexually explicit conduct** means actual or simulated: (i) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

## PROBABLE CAUSE

9.     On May 22, 2025, an FBI Task Force Officer (TFO) assigned to the Washington Field Office (WFO) was acting in an online undercover (OCE) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Manassas, Virginia. In that capacity, the OCE was monitoring an online dating application called Jack'd. The OCE maintains a profile on the dating application that indicates that the OCE is interested in the sexual exploitation of children. The OCE's profile page indicates that they are a "No limits dad looking for likeminded friends."

10. On May 22, 2025, the OCE was contacted by a user with a display name of "Randy," and the OCE and "Randy" had the following exchange through the Jack'd application:

> Randy: "Hey how's it going"
>
> OCE: "What's up man"
>
> Randy: "Just horny af you, telegram?"
>
> OCE: "Let's go Randy, what's your Tele"
>
> Randy: "hmudmv9, got a face pic btw"

11.     On May 22, 2025, at approximately 11:11 a.m., the OCE contacted the Telegram user, HMUDMV9, via Telegram direct message. HMUDMV9 subsequently started a secret chat via Telegram and advised the OCE, "Mostly into Yng, rape, incest you." HMUDMV9 asked the OCE if he had any experience and the OCE replied, "Got anything pervy so I know you're

cool?" HMUDMV9 responded, "I have a few vids but not a ton" and then sent a video of a

prepubescent boy being penetrated anally by an adult male's erect penis while another adult male

penetrated the mouth of the child with an erect penis. Based on my training and experience, the

video is child pornography as defined by 18 U.S.C. § 2256(8). The OCE advised HMUDMV9

that he has sexually abused his purported nine-year-old son and HMUDMV9 expressed an

interest in the abuse of the child. HMUDMV9 and the OCE had the following exchange through

Telegram:

> OCE: "I'm a dad, spit roast him"
>
> HMUDMV9: "Fuck you are??, That your experience"
>
> OCE: "Yea man. Lots son is 9. Wish he was young young again. Prefer very small"
>
> HMUDMV9: "Can I see the sexy boy? When'd you start him?"
>
> ●CE: "I started him very young. Used to play when he slept. Now he sucks
>     and strokes."
>
> HMUDMV9: "Fucccccckkkk bro your lucky af. You fuck him yet? [Then
>     HMUDMV9 sent a picture of an adult erect penis] "Got me semi
>     rn"

12.    HMUDMV9 also expressed interest in meeting the OCE to sexually abuse his

purported son. HMUDMV9 and the OCE had the following exchange through Telegram:

> OCE: "Where you from"
>
> HMUDMV9: "Richmond"
>
> OCE: "Oh nice not far at all"
>
> HMUDMV9: "Exactly"
>
> OCE: "You down for fun"

> HMUDMV9: "Yea what were you thinking"
>
> OCE: "Always looking for other pervs to party"
>
> HMUDMV9: "Share your son or nah?"

13.    HMUDMV9 advised that his favorite age is, "Probably toddler to elementary school. So roughly the same as you." HMUDMV9 advised the OCE that he was interested in coming to D.C. to abuse the OCE's purported son and indicated that it would take "mutual trust and actual planning as well."

14.    Based on open-source image searches, the profile picture tied to the Jack'd user account "Randy," matches a profile picture tied to an X account with the username of @RandonSprinkle and a display name of Randon. Additional searches also revealed that the Jack'd User profile picture, which consists of a photo of SPRINKLE wearing a white collared shirt and jeans, sitting on a blue chair with a sign in the back that reads "Do it for the plot," matches the same photo which was posted on Instagram by user Randon Sprinkle (username: @randonsprinkle) on April 11, 2025. A profile picture on Facebook with the display name Randon Sprinkle also matches the profile picture of Jack'd User "Randy." According to the Facebook account, user Randon Sprinkle lists their location as Richmond, Virginia. Open-source searches for Randon Sprinkle in Richmond, Virginia identified a Randon Alexander Sprinkle with a date of birth of XX/XX/XX95, residing at 415 S Harrison Street, Richmond, Virginia and telephone number XXX-XXX-0220.

15.    On August 13, 2025, AT&T provided subscriber records pursuant to a subpoena for records relating to telephone number XXX-XXX-0220. AT&T records shows that number belonging to the following individual:

- Name: Randon Sprinkle

- User Address: 415 S Harrison Street, Richmond, VA 23220

- MSISDN Active: 12/2/2016-Current

- IMSI: 310280074430526

- Service Start Date: 07/28/2014

16.    On August 18, 2025, Jack'd provided subscriber records pursuant to a subpoena for records pertaining to Jack'd User "Randy" which showed randy.sprinkler@gmail.com as being the email address used to create the Jack'd account.  Records from Jack'd also show the account username as "Randy" with a date of birth of XX/XX/XX95 with a location of Richmond, Virginia.  The remote IP address for Jack'd user "Randy" is 71.176.227.75.  This IP address belongs to Verizon, based out of Richmond, Virginia.  Records show that the above IP was used to log into the Jack'd account belonging to user "Randy" between September 2024 through January 2025.

17.    Subscriber records from Google received on August 19, 2025, show that randy.sprinkler@gmail.com, belongs to the following individual:

- Account ID:786437582820

- Name: Randon Sprinkle

- Creation Date: 2011-02-12 02:07:54 Z

- Terms of Service IP: 74.98.221.187

- Last Updated Date: 2025-07-29 15:30:00 Z

- Recovery SMS: XXX-XXX-0220

18.    On September 5, 2025, Verizon provided subscriber records pursuant to a subpoena for records relating to IP address 71.176.227.75.  The subscriber identified to the IP belong to the following individual:

- Customer Name: Randon Sprinkle

- Address: 415 S Harrison Street, Richmond, Virginia 23220

- Email: randonsprinkle@gmail.com

- Daytime Phone Number: XXX-XXX-0220

- Evening Phone Number: XXX-XXX-7628

19.    On October 16, 2025, FBI Richmond executed a federal search warrant issued in the Eastern District of Virginia at SPRINKLE's residence, located at 415 S Harrison Street, Richmond, Virginia, 23220 (an address also located within the Eastern District of Virginia). SPRINKLE was present during the execution of the search warrant, and agreed to speak with your affiant and another FBI Special Agent. SPRINKLE confirmed that telephone number XXX-XXX-0220 belongs to him and has been used by him for a long time. SPRINKLE confirmed that he has Verizon as his home internet provider and that his name is on the account.

20.    During the interview, SPRINKLE was shown the exchange on Jack'd described above (paragraph 10), and told agents that while he had no specific memory of the conversation, the Telegram username HMUDMV9 is his Telegram account. The agents also discussed SPRINKLE's Telegram messages described above (paragraphs 11 through 13). Agents asked SPRINKLE to explain some of his Telegram messages from May 22, 2025, with the OCE. SPRINKLE told the agents that when the OCE claimed to have had a sexual relationship with his younger son, that was "hot" to SPRINKLE, and SPRINKLE added that in other messages the OCE said his son was 9 and SPRINKLE told agents that his response then was to ask whether the OCE had had sex with his son yet. When the agents raised the video SPRINKLE sent via Telegram message to the OCE, SPRINKLE responded "mhmm," and when asked to explain what the video depicted, SPRINKLE said it looked like "porn" of an older man having sex with a

7

"twink" or "some variation of a younger person," but said that he thought the "younger" person was "18, 19," though he didn't specifically remember the chat because it "wasn't yesterday."

21.     Three electronic devices were seized pursuant to the search warrant and forensically examined. A red iPhone 14 Plus was located on SPRINKLE's person after he exited his residence. A MacBook laptop with multiple stickers, serial number C02H9467Q6LC, and a Silver Dell XPS laptop with stickers were both found in SPRINKLE's bedroom. On or about November 19, 2025, your affiant completed the review of the extraction of SPRINKLE's iPhone, in which your affiant discovered files that are, based on my training and experience, child pornography as defined herein. Approximately 68 total files of child pornography, which includes duplicate files, were found on SPRINKLE's red iPhone 14 Plus. Of those 68 total files, not including duplicates, there are 42 unique files consisting of 29 unique images and 13 unique videos. All 68 files are cached files. Some of the child pornography files discovered consisted of toddler-aged children, as well as children subjected to bondage and discipline, dominance and submission, sadism and masochism (BDSM).

22.     On or about November 22, 2025, your affiant completed the review of the extraction of SPRINKLE's MacBook and found two archived files constituting child pornography.

23.     One of the files referenced above, bearing the file name 68ee1120-3772-11f0-9701-2fda03f8a8ec.mov, consists of a 16-second video which shows an adult male's erect penis penetrating the mouth of an infant.

24.     SPRINKLE's iPhone also further linked him to both his HMUDMV9 Telegram username and his Jack'd account under the username "Randy." Photos found on the "Randy" Jack'd account were also found on SPRINKLE's iPhone. One such photo is the profile picture

displayed on the Jack'd account. A video which shows SPRINKLE in a bathroom stall grabbing his buttocks was also found on his iPhone. This video was also first discovered after a search warrant executed on the "Randy" Jack'd account. On September 26, 2025, SPRINKLE sent a text message to telephone number XXX-XXX-9934, stating that his Telegram username is HMUDMV9. A similar text was also sent on August 25, 2025, to telephone number XXX-XXX-5794, wherein SPRINKLE stated that his Telegram username is HMUDMV9.

## CONCLUSION

25.    Based on the information detailed above, I respectfully submit there is probable cause to charge RANDON ALEXANDER SPRINKLE with the Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

Respectfully Submitted,

Christopher Riopedre
Special Agent
FBI Richmond Field Office

SUBSCRIBED and SWORN before me this 11th day of DECEMBER 2025.

/s/ MRC

Honorable Mark R. Colombell
United States Magistrate Judge

9