11A9948I

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>RANDON ALEXANDER SPRINKLE<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 3:25mj109<br>)<br>)<br>)<br>) |

**RECEIVED DEC 11 2025 BY: Elvia USMS**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RANDON ALEXANDER SPRINKLE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(2)(A) – Distribution of Child Pornography

Date: 12/11/2025

/s/ MRC
*Issuing officer's signature*

City and state: Richmond, Virginia

Hon. Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/11/2025 , and the person was arrested on *(date)* 12/14/25
at *(city and state)* Henrico, Virginia .

Date: 12/15/25

*Arresting officer's signature*

Christopher Riopedre Special Agent
*Printed name and title*