**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: SPEIGHT  
REPORTER: FTR  
DOCKET NO. **3:25mj109**  
DATE: **12-15-25**

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. **Randon Alexander Sprinkle**  1. **Carolyn Grady**

**APPEARANCES:** GOVERNMENT **Ellen Thiesen** (✓)  
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )  
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**  
DATE OF ARREST: **12-14-25**   GOVT'S MOTION TO UNSEAL (✓) - **GRANTED ✓**  
INITIAL APPEARANCE (✓)  
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )  
GOVT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS ( )  
FINANCIAL AFFIDAVIT (✓) COUNSEL TO BE APPOINTED (✓) CJA ( ) FPD (✓)  
DEFT TO RETAIN COUNSEL ( ) COUNSEL: **Javionte Johnson**  
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION (✓)  
DEFT REMANDED (✓) DETENTION HEARING SET: **12-22-25**

*\* Deft moved to have detention hearing outside 3 days - GRANTED \**

**PRELIMINARY HEARING PROCEEDINGS:**  
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( )   PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )  
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:**  
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( )   DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( )   FLIGHT RISK ( )   DANGER ( )  
DEFENDANT RELEASED ON PR BOND ( )   ELECTRONIC MONITORING ( )  
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
DEFT REMANDED ( )   GOVT NOT SEEKING DETENTION ( )  
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )  
WITNESS(ES) _____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f)   ( )

**CASE CONTINUED TO:** **Monday Dec 22** AT **1:30 pm** FOR **Preliminary/Detention Hearing**  
CASE SET: **2:00 pm** BEGAN: **2:11 pm** ENDED: **2:20 pm** TIME IN COURT: **9 minutes**